AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00375 |
| Anthony Alexander Antonio | ) | Assigned To : Meriweather, Robin M. |
|  | ) | Assign. Date : 4/14/2021 |
|  | ) | Description: COMPLAINT W/ ARREST WARRANT |
|  | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Anthony Alexander Antonio                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1512(c)(2), 2 - Obstruction of an Official Proceeding and Aiding and Abetting;
18 U.S.C. § 1361 - Destruction of Government Property.

Date:  04/14/2021

2021.04.14 17:34:41 -04'00'

*Issuing officer's signature*

City and state:    Washington, D.C.        Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* APR 15 2021 , and the person was arrested on *(date)* APR 20 2021
at *(city and state)* Wilmington, DE

Date: APR 20 2021

*Arresting officer's signature*

Anthony L. Needler  Special Agent, FBI
*Printed name and title*